UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 19 CR 931 (WHP) |
| -against- | : | |
| **Kamel Osborne,** | : | |
| **Lywan Reed, and** | : | |
| **Quinteria Daniels,** | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

   This Court cancels the conference scheduled for March 18, 2020. The trial scheduled for May 4, 2020 is adjourned to June 15, 2020. A final pretrial conference is scheduled for June 9, 2020 at 3:00 p.m. The Court directs the parties to meet and confer and submit a proposed motion schedule for the Court's consideration.

Dated: March 17, 2020
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.