UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Kamel Osborne,

Defendant.

19-cr-931 (WHP)

ORDER

---

WILLIAM H PAULEY III, District Judge:

    A change of plea is scheduled in the above-captioned matter for October 19, 2020 at 2:00 p.m. A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 504276486.

    If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 3070580.

Dated: October 16, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.