UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kamel Osborne,

Defendant.

19-cr-931 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

Sentencing is scheduled in the above-captioned matter for February 4, 2021 at 11:00 a.m. A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 56248288.

Dated: February 2, 2021
         New York, New York

SO ORDERED:

*William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.